In the Matter of the Claim of JOAN WETTERAUW, Respondent, v. JAPAN AIRLINES et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.